No. 91–6364.  HAYES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–6367.  HAWKINS v. HUNTINGTON PARK REDEVELOPMENT AGENCY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–6368.  BORSCHELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6370.  PHENICIE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6372.  MADDOX v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6379.  ONUNKA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–6380.  RANSOM v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6383.  ROSS v. TERRELL.  C. A. 3d Cir.  Certiorari denied.

No. 91–6388.  MOORE v. O'MALLEY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–6389.  LAMASNEY v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari denied.

No. 91–6390.  KENT v. DEPARTMENT OF LABOR.  C. A. 11th Cir.  Certiorari denied.

No. 91–6395.  DAVIS v. STONE CONTAINER CORP.  C. A. 4th Cir.  Certiorari denied.

No. 91–6396.  LANDAW v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–6400.  WILLIAMS ET UX. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–6401.  MADDOX, AKA GREENWOOD v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.